# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

RICHARD GILLIAM                                                                                    PLAINTIFF
#209415

v.                           No: 4:19-cv-00593 BRW-PSH

JOHN STALEY, *et al.*                                                    DEFENDANTS

## **JUDGMENT**

Based on the order filed today, judgment is entered dismissing this case without prejudice.

IT IS SO ORDERED this <u>8th</u> day of October, 2019.

                                                               <u>Billy Roy Wilson</u>
                                                               UNITED STATES DISTRICT JUDGE