# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**RICHARD GILLIAM**                                                                 **PLAINTIFF**
**#209415**

v.                                        No: 4:19-cv-00593 PSH

**JOHN STALEY,** *et al.*                                                           **DEFENDANTS**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case with prejudice.

DATED this 29th day of September, 2021.

_____
UNITED STATES MAGISTRATE JUDGE